# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of May, two thousand and nineteen.

Before:     Robert D. Sack,
                Barrington D. Parker,
                Denny Chin,
                    *Circuit Judges.*

Entesar Osman Kashef, Alfadel Mosabal, Abubakar Abakar, Siama Abdelnabi Hamad, Abbo Ahmed Abakar, Hawa Mohamed Omar, Jane Doe, Nyanriak Tingloth, Reverend Anderia Lual, Nicolas Hakim Lukudu, Turjuman Ramadan Adam, Johnmark Majuc, Joseph Jok, Halima Samuel Khalifa, Ambrose Martin Ulau, Sandi (Sunday) Georgari Marjan, Shafika G. Hassan, Jane Roe, Judy Doe, Sara Noureldirz Abdalla, Amir Ahmed,

        Plaintiffs- Appellants,

v.

BNP Paribas S.A., a French corporation, BNP Paribas North America, Inc., a Delaware corporation, Does 1-10, BNP Paribas S.A., New York Branch,

        Defendants - Appellees.

**JUDGMENT**

Docket No. 18-1304

      The appeal in the above captioned case from a judgment of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs. Upon consideration thereof,

      IT IS HEREBY ORDERED, ADJUDGED and DECREED that judgment of the district court is VACATED and the case is REMANDED for further proceedings consistent with this Court's Opinion.

                                    For the Court:

                                    Catherine O'Hagan Wolfe,
                                    Clerk of Court

